ACCEPTED
12-14-00367-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/30/2015 4:12:43 PM
CATHY LUSK
CLERK

## NO. 12-14-00367-CR

ON APPEAL FROM THE 411TH JUDICIAL DISTRICT COURT IN
TRINITY COUNTY, TEXAS
CAUSE NO. 10078-A

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/30/2015 4:12:43 PM
CATHY S. LUSK
CLERK

| | | |
|---|---|---|
| **ELIJAH BROWN** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Elijah Brown, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 411th District Court of Trinity County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Elijah Brown, and numbered 10078-A. Appellant was convicted of Burglary of a Habitation.

4.      Appellant was assessed a sentence of Five (5) years deferred adjudication probation on April 15, 2014.

5.      On August 12, 2014, the State filed a Motion to Adjudicate Guilt.

6.      A hearing was conducted and the allegations of the State's Motion to Adjudication were found to be "True".

7.      Appellant was assessed a sentence of Twelve (12) years Texas Department of Criminal Justice-Institutional Division on September 30, 2014.

8.   Notice of appeal of was mailed on November 4, 2014.

9.   The appellate brief is presently due on January 30, 2015.

10.  Appellant requests an extension of time of thirty (30) days from the present date.

11.  No extensions to file the brief have been received in this cause.

12.  Defendant is currently incarcerated.

13.  Appellant relies on the following facts as good cause for the requested extension:

Counsel currently has five pending briefs due before the Court including one due on February 2, 2014 and is therefore respectfully requesting additional time to review the records and prepare an adequate brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

*/s/John D. Reeves*
_____
John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that I, the undersigned conferred with the staff of opposing counsel who indicated that he does not oppose this motion.

*/s/John D. Reeves*

_____

John D. Reeves


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to file Appellant's Brief on this 30th day of January, 2015 forwarded to State's Attorney, Bennie Schiro, District Attorney, Trinity County, by electronic service at bennie.schiro@co.trinity.tx.us.

*/s/John D. Reeves*

_____

John D. Reeves
Attorney for Appellant,
Elijah Brown